UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60081-CIV-COHN

DOUGLAS E. NALLS,

    Plaintiff,

vs.

MERCEDES BENZ OF FORT LAUDERDALE,
RALPH MESA, Principal and General Manager of Mercedes Benz
of Fort Lauderdale, PETER GEGAN, d/b/a General Sales
Manager, Mercedes Benz of Fort Lauderdale, and JOHN CROCETTI,
d/b/a Salesman, Mercedes Benz of Fort Lauderdale,

    Defendants.
_____/

**ORDER DENYING MOTION TO VACATE VOID JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion to Vacate Void Judgment [DE 4].  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff Douglas Nalls ("Plaintiff") filed this action for breach of two contracts with Mercedes Benz of Fort Lauderdale and certain individuals who work at Mercedes Benz of Fort Lauderdale.  The Court concluded that even though no citizenship was listed for Defendants, based upon the name of the entity and its location, both the Plaintiff and the Defendants are likely citizens of the State of Florida.  The Court dismissed the case for lack of federal jurisdiction because the action was between citizens of the same state (no diversity jurisdiction) and no federal claims were alleged (nor federal question jurisdiction).  See 28 U.S.C. §§ 1331-1332.[1]

---

[1] The allegation in the Complaint of admiralty jurisdiction under 28 U.S.C. § 1333 clearly was frivolous.

Plaintiff's present motion, filed almost 26 months after the Court dismissed the complaint, seeks to void the Court's "judgment" pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure. This Rule allows a party to seek relief from a court order that is "void." Such a motion must be filed within a "reasonable" time. Fed. R. Civ. P. 60(c)(1). Plaintiff asks that the Court should give deference to his pro se status and not dismiss the case on technical grounds.

The Court's dismissal of this case on February 6, 2006 was based upon a lack of federal jurisdiction. Whether a pro se plaintiff or not, this Court is without authority from Congress to assume jurisdiction where none exists.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Vacate Void Judgment [DE 4] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April, 2008.

JAMES I. COHN
United States District Judge

copies to:

Douglas Nalls, pro se
12525 NE 13th Avenue, #304
Miami, FL 33161

2